```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/25/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE D. COLLINS, A PROFESSIONAL CORPORATION and CHRISTINE DEANNE COLLINS, individually,

Plaintiffs,

-against-

MCA RECEIVABLES, LLC D/B/A ALLY FUNDING TEMPORARY GROUP, YISROEL C. GETTER; MARTIN MILLER; RESTRAINING ORDER PARAGON CAPITAL SOURCE, LLC; THE WOODS LAW FIRM, LLC; JOHN DOES 1-10; and JOHN DOE INVESTORS 1-10,

Defendants.

23 Civ. 353 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 14, 2023, Plaintiffs filed the complaint in this action. ECF No. 1. On January 17, 2023, Plaintiffs filed an emergency motion for a temporary restraining order ("TRO") and preliminary injunction, ECF No. 5, and on January 18, 2023, this Court granted Plaintiffs' motion for a TRO, ECF No. 7. The Court also ordered that Plaintiffs serve a copy of the TRO and supporting documents on all Defendants by January 20, 2023, at 5:00 p.m. *Id.*

    Accordingly, by **January 26, 2023**, at **5:00 p.m.**, Plaintiffs shall file proof of service on the docket. Plaintiffs are further ordered to serve this Order on all Defendants and file proof of service on the docket. By **January 30, 2023**, at **12:00 p.m.**, Defendants shall file any response to Plaintiffs' application for a preliminary injunction.

    SO ORDERED.

Dated: January 25, 2023
       New York, New York

ANALISA TORRES
United States District Judge