UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE D. COLLINS, A PROFESSIONAL CORPORATION and CHRISTINE DEANNE COLLINS, individually,

                Plaintiffs,

-against-

MCA RECEIVABLES, LLC D/B/A ALLY FUNDING TEMPORARY GROUP, YISROEL C. GETTER; MARTIN MILLER; RESTRAINING ORDER PARAGON CAPITAL SOURCE, LLC; THE WOODS LAW FIRM, LLC; JOHN DOES 1-10; and JOHN DOE INVESTORS 1-10,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/2/2023_

23 Civ. 353 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 14, 2023, Plaintiffs filed the complaint in this action. ECF No. 1. On January 17, 2023, Plaintiffs filed an emergency motion for a temporary restraining order (the "TRO") and preliminary injunction, ECF No. 5, and on January 18, 2023, this Court granted Plaintiffs' motion for the TRO, ECF No. 7. On January 30, 2023, the Court adjourned the preliminary injunction hearing to February 15, 2023, at 2:00 p.m. ECF No. 17.

    The Court has reviewed the parties' submissions dated January 14, 17, and 30, 2023, *see* ECF Nos. 1, 5, 13–16, and the parties' letters dated February 1, 2023, *see* ECF Nos. 18–20, 21. Accordingly:

1. Page 2 of the TRO, issued on January 18, 2023, is modified as follows:

    ORDERED that, sufficient reason having been shown therefor, pending the hearing of Plaintiffs' application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., Bank of America, N.A. and J.P. Morgan Chase Bank, N.A. are temporarily restrained and enjoined from enforcing or applying any levies or writs of attachment issued by Defendants to Plaintiffs' bank accounts, including but not limited to the Bank of America, N.A. account in the name of Christine D. Collins, a Professional Corporation ending in 6550 and the J.P. Morgan Chase Bank, N.A. account in the name of Christine Collins ending in 0287, and Bank of America, N.A. and J.P. Morgan Chase Bank, N.A. are ordered to immediately return all money that has been withdrawn from the Bank of America, N.A. account in the name of Christine D. Collins, a Professional Corporation ending in 6550 and the J.P. Morgan Chase Bank, N.A. account in the name of Christine Collins ending in 0287 as a result of any pre-judgment levy or writ of attachment by MCA Receivables, LLC d/b/a Ally Funding Group; and it is further . . .

2. Plaintiffs' motion to compel Bank of America, N.A. and J.P. Morgan Chase Bank, N.A. to comply with the TRO, ECF No. 18, is GRANTED; Bank of America, N.A. and J.P. Morgan Chase Bank, N.A. are directed to release all levies or writs of attachment relating to Plaintiffs' accounts and turn over or return said funds to Plaintiffs' accounts.

3. Defendants' motion to dissolve the TRO, ECF No. 19, is DENIED.

4. The parties' request to reschedule the preliminary injunction hearing, ECF No. 22, is DENIED.

5. The preliminary injunction hearing scheduled for **February 15, 2023**, at **2:00 p.m.** will proceed as scheduled; the parties are instructed to dial 888-398-2342 or 215-861-0674 at the time of the conference and enter access code 5598827.

The Clerk of Court is directed to terminate the motions at ECF Nos. 18–19, 22.

SO ORDERED.

Dated: February 2, 2023
New York, New York

_____
ANALISA TORRES
United States District Judge