```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/13/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE D. COLLINS, A PROFESSIONAL CORPORATION and CHRISTINE DEANNE COLLINS, individually,

                    Plaintiffs,

-against-

MCA RECEIVABLES, LLC D/B/A ALLY FUNDING TEMPORARY GROUP, YISROEL C. GETTER; MARTIN MILLER; RESTRAINING ORDER PARAGON CAPITAL SOURCE, LLC; THE WOODS LAW FIRM, LLC; JOHN DOES 1-10; and JOHN DOE INVESTORS 1-10,

                    Defendants.

23 Civ. 353 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court has reviewed Defendants MCA Receivables, LLC's and The Woods Law Firm, LLC's letters dated March 3, 2023. ECF Nos. 36–37. Accordingly:

1. Defendants' requests to file motions to dismiss are GRANTED;
2. By **April 17, 2023**, Defendants shall file their motions;
3. By **May 8, 2023**, Plaintiffs shall file their oppositions; and
4. By **May 22, 2023**, Defendants shall file their replies, if any.

       SO ORDERED.

Dated: March 13, 2023
          New York, New York

                                           ANALISA TORRES
                                     United States District Judge