USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/15/2023__

*Law Offices of*
## Jonathan E. Neum

*176–25 Union Turnpike, Suite 250*
*Fresh Meadows, New York 11366*
*(347) 450-6710*
*FAX (718) 228-3689*

**Jonathan E. Neuman, Esq.**  **Leslie Martin, Esq.**
**Attorney & Counselor at Law**  **Of Counsel**

March 14, 2023

Hon. Analisa Torres, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 15D
New York, NY 10007-1312

      Re: Christine D. Collins, PC et al v. MCA Receivables, LLC et al
        Civ. A. No. 1:23-cv-00353-AT

Honorable Judge Torres:

  This firm represents Plaintiffs, Christine D. Collins, PC and Dr. Christine Collins.

  By Order of the Court (ECF Doc. 35), the parties were ordered to provide the Court with a joint proposed Case Management Plan and Scheduling Order and joint letter by tomorrow. This Order was issued prior to the pre-answer motion to dismiss letters filed by the Defendants. In light of the Court's recent granting of the filing of the motions to dismiss, the parties request guidance from the Court as to whether that has had any impact on the Order set forth in ECF Doc. 35, as the dates set forth in any Scheduling Order would be dependent on any ruling by the Court on the motions to dismiss.

  I thank the Court and wish the Court a wonderful evening.

---

Defendants' pending motions to dismiss do not affect any case deadlines. The Court will not stay discovery pending its decision on any motion. By **March 17, 2023**, the parties shall file a proposed case management plan in accordance with the Court's order at ECF No. 35.

SO ORDERED.

Dated: March 15, 2023
   New York, New York

                  _____
                   ANALISA TORRES
                  United States District Judge