USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/13/2023__

# Law Offices of
# Jonathan E. Neuman, Esq.

176-25 Union Turnpike, Suite 230
Fresh Meadows, New York 11366
(347) 450-6710
FAX (718) 228-3689

**Jonathan E. Neuman, Esq.**
**Attorney & Counselor at Law**

**Leslie Martin, Esq.**
**Of Counsel**

September 12, 2023

Hon. Analisa Torres, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 15D
New York, NY 10007-1312

           Re:    Christine D. Collins, PC et al v. MCA Receivables,
                   LLC et al
                   Civ. A. No. 1:23-cv-00353-AT

Honorable Judge Torres:

      Good afternoon. This firm represents Plaintiffs, Christine D. Collins, PC and Dr. Christine Collins.

      Please be advised that Plaintiffs and Defendant The Woods Law Firm have settled this matter in principle, and are drafting the settlement documents. Accordingly, Defendant's motion (ECF Doc. 46) is now moot and will be withdrawn by Defendant once the settlement papers are signed.

      I thank the Court for its courtesies and consideration.

                                                Respectfully submitted,

The Clerk of Court is directed to terminate the motion at ECF No. 46.

Dated: September 13, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge