UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   10/23/2023
```

CHRISTINE D. COLLINS, A PROFESSIONAL
CORPORATION and CHRISTINE DEANNE
COLLINS, individually,

                              Plaintiffs,

            -against-                                                23 Civ. 353 (AT)

MCA RECEIVABLES, LLC D/B/A ALLY                          **ORDER**
FUNDING TEMPORARY GROUP, YISROEL C.
GETTER; MARTIN MILLER; RESTRAINING
ORDER PARAGON CAPITAL SOURCE, LLC;
THE WOODS LAW FIRM, LLC; JOHN DOES 1-
10; and JOHN DOE INVESTORS 1-10,

                              Defendants.

ANALISA TORRES, District Judge:

        The case management conference in this action scheduled for October 31, 2023, is
ADJOURNED *sine die.*

        SO ORDERED.

Dated:  October 23, 2023
        New York, New York

                                                        _____
                                                             ANALISA TORRES
                                                        United States District Judge