UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHRISTINE D. COLLINS, A PROFESSIONAL
CORPORATION and CHRISTINE DEANNE        Docket No.: 1:23-cv-00353-AT
COLLINS, individually,

                    Plaintiffs,

        -against-                                    **STIPULATION AND ORDER OF
                                                              DISMISSAL WITH PREJUDICE
                                                              OF ALL CLAIMS AGAINST THE
MCA RECEIVABLES, LLC D/B/A ALLY               WOODS FIRM, LLC**
FUNDING GROUP, YISROEL C. GETTER,
MARTIN MILLER, PARAGON CAPITAL
SOURCE, LLC, THE WOODS LAW FIRM,
LLC, JOHN DOES 1-10, and JOHN DOE
INVESTORS 1-10,

                    Defendants.
-----------------------------------------------------------X

It is hereby stipulated and agreed, by and between the plaintiffs, Christine D. Collins, A Professional Corporation and Christine Deanne Collins ("Plaintiffs"), and defendant The Woods Law Firm, LLC (the "Woods Firm"), through their undersigned counsel, that any and all claims ever filed in this action by Plaintiffs against the Woods Firm be, and the same hereby are, dismissed, with prejudice, with each party bearing its own costs, expenses or suit, and attorneys' fees.

Dated: New York, New York
         November 16, 2023

                                                      **RIVKIN RADLER LLP**

By: _/s/ Jonathan E. Neuman_              By: _/s/ Jonathan B. Bruno_
    Jonathan E. Neuman, Esq.                    Jonathan B. Bruno, Esq.
    176-25 Union Turnpike, Suite 230          477 Madison Avenue, Suite 410
    Fresh Meadows, New York 11366          New York, NY 10022
    (347) 450-6710                                     (212) 455-9554
    jnesq@jenesqlaw.com                      Jonathan.Bruno@rivkin.com
    *Counsel for Plaintiffs*                          *Counsel for The Woods Firm*

TO: All parties via ECF

SO ORDERED:

_____
THE HONORABLE ANALISA TORRES, U.S.D.J.

Dated: _____, 2023

4883-4513-4731, v. 1