```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

CHRISTIEN D. COLLINS, A PROFESSIONAL CORPORATION and CHRISTINE DIANNE COLLINS, individually,

           Plaintiffs,

-against-

MCA RECEIVABLES, LLC D/B/A ALLY FUNDING GROUP; YISROEL C. GETTER; MARTIN MILLER; PARAGON CAPITAL SOURCE; JOHN DOES 1-10; and JOHN DOE INVESTORS 1-10,

           Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/4/2024__
```

23 Civ. 353 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 23, 2024, the Court granted in part and denied in part Defendants' motion to dismiss the complaint and permitted Plaintiffs to move to amend the complaint by February 27, 2024. ECF No. 65. Plaintiffs have not so moved. In addition, fact discovery closed on October 16, 2023, and neither party has filed pre-summary judgment motion letters.

    Accordingly, by **April 30, 2024**, the parties shall file a joint status update.

    SO ORDERED.

Dated: April 4, 2024
       New York, New York

                                                  ANALISA TORRES
                                        United States District Judge