UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE D. COLLINS, A PROFESSIONAL
CORPORATION and CHRISTINE DEANNE
COLLINS, individually,

                               Plaintiffs,

                  -against-

MCA RECEIVABLES, LLC D/B/A ALLY
FUNDING TEMPORARY GROUP, YISROEL C.
GETTER; MARTIN MILLER; PARAGON
CAPITAL SOURCE, LLC; JOHN DOES 1-10; and
JOHN DOE INVESTORS 1-10,

                               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2024

23 Civ. 353 (AT)

**ORDER OF DISMISSAL**

ANALISA TORRES, District Judge:

    The Court has been advised that all claims asserted herein have been settled in principle.
ECF No. 67.  Accordingly, the above-entitled action is hereby dismissed and discontinued
without costs, and without prejudice to the right to reopen the action within thirty days of the
date of this Order if the settlement is not consummated.

    Any application to reopen must be filed within thirty days of this Order; any application
to reopen filed thereafter may be denied solely on that basis.  Further, if the parties wish for the
Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must
submit the settlement agreement to the Court within the same thirty-day period to be so-ordered
by the Court.  Per Rule IV(C) of the Court's Individual Practices in Civil Cases, the Court will
not retain jurisdiction to enforce a settlement agreement unless it is made part of the public
record.

    Any pending motions are moot.  All conferences are vacated.  The Clerk of Court is
directed to close the case.

    SO ORDERED.

Dated: April 29, 2024
       New York, New York

_____
          ANALISA TORRES
     United States District Judge